# UNITED STATES DISTRICT COURT

for the

Steve Cottrell

*Petitioner*

v.

Mike Marinich

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. *(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Steve Cottrell
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Lebanon Correctional Institution
   (b) Address: P.O. Box 56, S.R. 63
   Lebanon, OH 45036
   (c) Your identification number: A431764
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   Cuyahoga County Common Pleas, 1200 Ontario Street, Cleveland, OH 44113
   (b) Docket number of criminal case: CR 410818 & CR 409361
   (c) Date of sentencing: 07/01/2002
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: Cuyahoga County Common Pleas-See aboveSee

(b) Docket number, case number, or opinion number: See above
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Denial of Leave to file Motion for New Trial based upon uneffective assistance of counsel

(d) Date of the decision or action:

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☐ Yes ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court:
Eigth District Court of Appeals
(2) Date of filing: 12/11/2023
(3) Docket number, case number, or opinion number: 113453
(4) Result: Affirmed
(5) Date of result: 10/10/2024
(6) Issues raised: Denial of leave to file Motion For New Trial based upon ineffective assistance of trial

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Ohio Supreme Court

(2) Date of filing: 11/25/2024

(3) Docket number, case number, or opinion number: 2024-1642

(4) Result: Jurisdiction declined

(5) Date of result: 01/28/2025

(6) Issues raised: Same as in Court of Appeals

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: Had already exhausted remedies.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ❒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ❒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: See attached Exhibit A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
❒ Yes ❒ No

**GROUND TWO**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
❒ Yes ❒ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
❒ Yes ❒ No

**GROUND FOUR**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Vacate Order denying Leave to File Motion for a New Trial and grant such other relief as the Court deems appropriate.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Vacate convitions and sentence.

or any other relief to which petitioner may be entitled.

Michael A. Partlow CC37102
P.O. Box 1562
Stow OH 44224

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on (month, date, year).

Executed (signed) on (date).

X Steve Cottrell

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

## EXHIBIT A-GROUNDS FOR HABEAS PETITION

This cause concerns a Motion filed by Petitioner seeking leave to file a Motion for a New Trial based upon an error which was not discovered until well after the time for filing such a Motion had expired. Briefly, the record shows that in a hearing out of the presence of Petitioner his trial counsel was instructed to present a plea offer to him. Evidence outside the existing record shows that this plea offer was never presented to Petitioner. Under these circumstances, Petitioner submits that he received ineffective assistance of trial counsel.

The 8th District Court of Appeals previously reviewed Petitioner's conviction in **State v. Cottrell,** 2003-Ohio-5806. This is an appeal of the Trial Court's denial of a Motion for Leave to file a Motion for a New Trial entered by the Trial Court on November 14, 2023. The gravamen of the Motion concerned the fact that a plea offer had been made which was never communicated to Petitioner. In that regard, Petitioner submitted an affidavit in which stated:

1. I am an individual of sound mind and body being at least eighteen years of age and make the following statements based upon my personal knowledge of such.

2. I have executed this affidavit of my own free will and accord without any threats and or promises being made to me in consideration of the same.

3. Prior to my trial, I had indicated to my trial counsel that I would not accept any plea deal which involved a potential life sentence.

4. Prior to my trial, I was aware of problems with my case in dealing with eyewitness testimony etc.

5. I did attend a hearing on or about March 18, 2002 wherein a variety of pre-trial matters were addressed. While I was at the hearing, no new plea offers were presented.

6. Years later, I retained the firm of Robinson & Brandt, P.S.C. to investigate the case and in late 2020 they reported that after I had left the hearing in March of 2002, the State made a plea offer to plead guilty to manslaughter and attempted murder for which I would receive a definite term of 23 years incarceration.

7. Although my trial counsel was advised to communicate this new plea offer to me by the trial judge, I was never advised of such.

8. In light of the problems and circumstances involved in my case, I would have accepted the 23 year plea offer had such been communicated to me.

Petitioner respectfully submits that his constitutional rights to effective assistance of trial counsel were violated as results of these proceedings as will be more fully explained in the Petitioner's Traverse be filed in this matter.